# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:26–cv–24612–DPG

Shenzhen Hongcheng Youpin Co., Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A
Assigned to: Judge Darrin P. Gayles
Demand: $76,000
Cause: 35:0271 Patent Infringement

Date Filed: 07/06/2026
Date Terminated: 07/08/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Shenzhen Hongcheng Youpin Co., Ltd.**

represented by **Cole Younger Carlson**
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
813–445–5175
Email: cole@carlsoniplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A**

**Defendant**

**Nanxianguanfujishangmaoyouxiangongsi**
*doing business as*
KEUCL

**Defendant**

**JML Market Corp**
*doing business as*
POOLSIDER

**Defendant**

**Shenzhenshibanggangmaoyiyouxiangongsi**
*doing business as*
COOLCOOLDEE

**Defendant**

**Yiwushizimengwanjuyouxiangongsi**
*doing business as*
Meetinext

**Defendant**

**JOYIN US CORP**
*doing business as*
Sloosh

**Defendant**

**Ureide International Limited**
*doing business as*
Korlon

**Defendant**

**Ningboshifenghuaquruixinjikejiyouxiangongsi**
*doing business as*
JGV

**Defendant**

| | | |
|---|---|---|
| **ShenZhenShiYingHongKeJiYouXianGongSi** | represented by | **Alan Mensa–Wilmot** |
| *doing business as* | | Heitner Legal, P.L.L.C. |
| SEETOHOME | | 215 Hendricks Isle |
| | | Fort Lauderdale, FL 33301 |
| | | 2818519570 |
| | | Email: alan@heitnerlegal.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2026 | Ï 1 | COMPLAINT against The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A. Filing fees $ 405.00 receipt number AFLSDC–19718219, filed by Shenzhen Hongcheng Youpin Co., Ltd.. (Attachments: # 1 Exhibit 1 – US Patent No D1023208, # 2 Civil Cover Sheet)(Carlson, Cole) (Entered: 07/06/2026) |
| 07/06/2026 | Ï 2 | Clerks Notice of Judge Assignment to Judge Darrin P. Gayles. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Detra Shaw–Wilder is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (kpe) (Entered: 07/06/2026) |
| 07/06/2026 | Ï 3 | Corporate Disclosure Statement by Shenzhen Hongcheng Youpin Co., Ltd. (Carlson, Cole) (Entered: 07/06/2026) |
| 07/06/2026 | Ï 4 | Plaintiff's MOTION to Seal per Local Rule 5.4 by Shenzhen Hongcheng Youpin Co., Ltd.. Responses due by 7/20/2026. (Attachments: # 1 Text of Proposed Order) (Carlson, Cole) (Entered: 07/06/2026) |
| 07/06/2026 | Ï 5 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (kpe) (Entered: 07/06/2026) |
| 07/07/2026 | Ï 6 | NOTICE OF COURT PRACTICE. Unless otherwise specified by the Court, every filing shall be double–spaced in Times New Roman 12–point typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co–parties unless there are clear conflicts of position.** If conflicts of position exist, the parties shall explain the conflicts in their separate motions. Failure to comply |

| | | |
|---|---|---|
| | | with **ANY** of these procedures may result in the imposition of appropriate sanctions including, but not limited to, the striking of the filing or dismissal of this action. Signed by Judge Darrin P. Gayles on 7/7/2026. (hs01) (Entered: 07/07/2026) |
| 07/07/2026 | Ï 7 | PAPERLESS ORDER granting 4 Motion to Seal. Plaintiff is permitted to file under seal: (i) Schedule "A" to the Complaint; (ii) the declaration(s) and exhibits filed in support of Plaintiff's Ex Parte Motion for Temporary Restraining Order; and (iii) Plaintiff's Ex Parte Motion for Temporary Restraining Order. Signed by Judge Darrin P. Gayles on 7/7/2026. (hs01) (Entered: 07/07/2026) |
| 07/07/2026 | Ï 8 | Sealed Document *Schedule "A" to Complaint* re DE# 7 Order on Motion to Seal, by Shenzhen Hongcheng Youpin Co., Ltd.. (Carlson, Cole) Modified per DE 27 on 7/28/2026 (amb). (Entered: 07/07/2026) |
| 07/07/2026 | Ï 9 | Plaintiff's Ex Parte Motion For Entry Of A Temporary Restraining Order And Incorporated Memorandum Of Law re DE# 7 Order on Motion to Seal, by Shenzhen Hongcheng Youpin Co., Ltd.. Responses due by 7/21/2026. (Attachments: # 1 Affidavit of Cole Carlson in Support of Motion for Temporary Restraining Order, # 2 Exhibit A to Declaration of Cole Carlson in Support of Motion for Temporary Restraining Order) (Carlson, Cole) Modified text on 7/8/2026 (kpe). Modified per DE 27 on 7/28/2026 (amb). (Entered: 07/07/2026) |
| 07/07/2026 | Ï 10 | Plaintiff's NOTICE *of Filing Proposed Order* by Shenzhen Hongcheng Youpin Co., Ltd. (Carlson, Cole) (Entered: 07/07/2026) |
| 07/08/2026 | | SYSTEM ENTRY – Docket Entry 11 [order] restricted/sealed until further notice. (kpe) (Entered: 07/08/2026) |
| 07/08/2026 | Ï | Civil Case Administratively Closed. (kpe) (Entered: 07/08/2026) |
| 07/10/2026 | Ï 12 | NOTICE by Shenzhen Hongcheng Youpin Co., Ltd. (Attachments: # 1 Exhibit A – Cashier's Check (Mailed)) (Carlson, Cole) (Entered: 07/10/2026) |
| 07/14/2026 | Ï 13 | NOTICE of Filing Proposed Summons(es) by Shenzhen Hongcheng Youpin Co., Ltd. (Carlson, Cole) (Entered: 07/14/2026) |
| 07/14/2026 | Ï 15 | Clerk's Notice to Filer re: Summons(es) will not be issued. The party(ies) on the summons(es) does not match the initiating documents. Filer may file a Notice of Filing Proposed Summons(es) with the corrected summons attached. DE 13 (ebz) (Entered: 07/15/2026) |
| 07/15/2026 | Ï 14 | Clerks Receipt for Bond posted per sealed order (DE#11) received on 7/15/2026 in the amount of $ 5,000.00, receipt number FLS320039 by plaintiff. (vt) (Entered: 07/15/2026) |
| 07/15/2026 | Ï 16 | NOTICE of Filing Proposed Summons(es) by Shenzhen Hongcheng Youpin Co., Ltd. (Carlson, Cole) (Entered: 07/15/2026) |
| 07/16/2026 | Ï 17 | Notice of Filing Bond by Shenzhen Hongcheng Youpin Co., Ltd. re 14 Clerk's Receipt. (ebz) (Entered: 07/16/2026) |
| 07/20/2026 | Ï 18 | Summons Issued as to The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A. (kpe) (Entered: 07/20/2026) |
| 07/20/2026 | Ï 19 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Shenzhen Hongcheng Youpin Co., Ltd.. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A served on 7/20/2026, response/answer due 8/10/2026. (Carlson, Cole) (Entered: 07/20/2026) |
| 07/21/2026 | Ï 20 | MOTION for Preliminary Injunction by Shenzhen Hongcheng Youpin Co., Ltd.. Responses due by 8/4/2026. (Attachments: # 1 Text of Proposed Order)(Carlson, Cole) (Entered: 07/21/2026) |

| 07/21/2026 | 21 | PAPERLESS ORDER. Because service was just effectuated, the Preliminary Injunction Hearing on July 22, 2026, is rescheduled for **August 4, 2026, at 1:00 p.m.** at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Room 11–1, Miami, Florida 33128. The Court finds good cause to extend 11 the Temporary Restraining Order through August 4, 2026. Plaintiff shall provide Defendants with notice of this Order. Signed by Judge Darrin P. Gayles on 7/21/2026. (hs01) (Entered: 07/21/2026) |
| --- | --- | --- |
| 07/23/2026 | 22 | Notice of Entry of Parties Listed NOTE: New Filer(s) will appear twice, since they are also a new party in the case. New Filer(s)/Party(s): Nanxianguanfujishangmaoyouxiangongsi d/b/a KEUCL, JML Market Corp d/b/a POOLSIDER, Shenzhenshibanggangmaoyiyouxiangongsi d/b/a COOLCOOLDEE, Yiwushizimengwanjuyouxiangongsi d/b/a Meetinext, JOYIN US CORP d/b/a Sloosh, Ureide International Limited d/b/a Korlon, Ningboshifenghuaqruruixinjikejiyouxiangongsi d/b/a JGV and ShenZhenShiYingHongKeJiYouXianGongSi d/b/a SEETOHOME. (Carlson, Cole) (Entered: 07/23/2026) |
| 07/23/2026 | 23 | MOTION to Unseal Document *Schedule "A" to the Complaint, the declaration(s) and exhibits filed in support of Plaintiff's Ex Parte Motion for Temporary Restraining Order and Plaintiff's Ex Parte Motion for Temporary Restraining Order* by Shenzhen Hongcheng Youpin Co., Ltd.. Responses due by 8/6/2026. (Carlson, Cole) (Entered: 07/23/2026) |
| 07/27/2026 | 24 | NOTICE of Voluntary Dismissal *with Prejudice of Defendant No. 2 JML Market Corp. d/b/a POOLSIDER* by Shenzhen Hongcheng Youpin Co., Ltd. (Carlson, Cole) (Entered: 07/27/2026) |
| 07/27/2026 | 25 | Unopposed MOTION TO DISSOLVE ASSET RESTRAINT AND RELEASE RESTRAINED FUNDS AS TO SETTLING DEFENDANT JML MARKET CORP. d/b/a POOLSIDER by Shenzhen Hongcheng Youpin Co., Ltd.. Responses due by 8/10/2026. (Attachments: # 1 Text of Proposed Order)(Carlson, Cole) (Entered: 07/27/2026) |
| 07/27/2026 | 26 | PAPERLESS ORDER granting 25 Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Settling Defendant JML Market Corp. d/b/a Poolsider. The Temporary Restraining Order, 11 , and any asset restraint entered in this action are DISSOLVED solely as to Settling Defendant JML Market Corp. d/b/a POOLSIDER, identified on Schedule "A" as Defendant No. 2. Amazon.com, Inc., and any financial institution or payment processor holding funds restrained solely on account of this action as to the Settling Defendant, are authorized and directed to release such funds to the Settling Defendant. The Temporary Restraining Order and any asset restraint remain in full force and effect as to all non–settling Defendants. Consistent with Plaintiff's Notice of Voluntary Dismissal 24 , all claims against the Settling Defendant are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses. Signed by Judge Darrin P. Gayles on 7/27/2026. (hs01) (Entered: 07/27/2026) |
| 07/27/2026 | 27 | PAPERLESS ORDER granting 23 Motion to Unseal. The Clerk is directed to unseal (i) Schedule "A" to the Complaint; (ii) the declaration(s) and exhibits filed in support of Plaintiff's Ex Parte Motion for Temporary Restraining Order; and (iii) Plaintiff's Ex Parte Motion for Temporary Restraining Order. Signed by Judge Darrin P. Gayles on 7/27/2026. (hs01) (Entered: 07/27/2026) |
| 07/30/2026 | 28 | Unopposed MOTION TO DISSOLVE ASSET RESTRAINT AND RETAIN RESTRAINED FUNDS AS TO SETTLING DEFENDANT JOYIN US CORP. d/b/a SLOOSH by Shenzhen Hongcheng Youpin Co., Ltd.. Responses due by 8/13/2026. (Attachments: # 1 Text of Proposed Order)(Carlson, Cole) (Entered: 07/30/2026) |
| 07/30/2026 | 29 | Unopposed MOTION to Sever ( Responses due by 8/13/2026.), Unopposed MOTION to Transfer Case to District of Arizona by Shenzhen Hongcheng Youpin Co., Ltd.. (Attachments: # 1 Text of Proposed Order)(Carlson, Cole) (Entered: 07/30/2026) |
| 08/03/2026 | 30 | MOTION to Bring Electronic Equipment into the courtroom by Shenzhen Hongcheng Youpin Co., Ltd.. Responses due by 8/17/2026. (Attachments: # 1 Text of Proposed Order)(Carlson, Cole) (Entered: 08/03/2026) |

| 08/03/2026 | 31 | ORDER granting 28 Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Retain Restrained Funds as to Settling Defendant Joyin US Corp. d/b/a Sloosh. Signed by Judge Darrin P. Gayles on 8/3/2026. *See attached document for full details.* (hs01) (Entered: 08/03/2026) |
|---|---|---|
| 08/03/2026 | 32 | ORDER granting 30 Motion for Leave to Bring Electronic Equipment into the Courtroom. Signed by Judge Darrin P. Gayles on 8/3/2026. *See attached document for full details.* (hs01) (Entered: 08/03/2026) |
| 08/03/2026 | 33 | RESPONSE in Opposition re 20 MOTION for Preliminary Injunction filed by ShenZhenShiYingHongKeJiYouXianGongSi. Attorney Alan Mensa–Wilmot added to party ShenZhenShiYingHongKeJiYouXianGongSi(pty:dft). Replies due by 8/10/2026. (Attachments: # 1 Affidavit)(Mensa–Wilmot, Alan) (Entered: 08/03/2026) |
| 08/03/2026 | 34 | ORDER SEVERING AND TRANSFERRING CLAIMS. Plaintiff's Unopposed Motion to Sever and Transfer the Claims Against Defendant Joyin US Corp. d/b/a Sloosh to the United States District Court for the District of Arizona, DE 29 , is GRANTED. This action shall PROCEED in this Court against the remaining Defendants identified on Schedule "A." All Orders previously entered in this action remain in full force and effect as to the remaining Defendants. Signed by Judge Darrin P. Gayles on 8/3/2026. *See attached document for full details.* (ebz) (Entered: 08/04/2026) |